| AO.10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) <br> Bl ck, Sus n H | 2. Court or Organization <br> U.S. Court of Appeals | 3. Date of Report <br> 5/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br> Circuit Judge-Active | 5. ReportType (check appropriate type) <br> ◯ Nomination  Date <br> ● Initial  ◉ Annual  ◯ Final | 6. Reporting Period <br> 1/1/2004 <br> to <br> 12/31/2004 |
| 7. Chambers or Office Address <br> 300 N. Hogan Street <br> Suite 14-150 <br> Jacksonville, FL 32202-4258 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> R vi   ng Officer_____  Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Co-Trustee | ▉▉▉Trust (Assets of this trust are included in Part VII, lines 9-12.) |
| 2. | |

FINANCIAL DISCLOSURE OFFICE  2005 MAY 13 P 12:38  RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | Duke University School of Law-appellate practice course | 3,486.82 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | President of Travel Agency, Orange Park Travel |
| 2. | 2004 | Real Estate Broker, Self-Employed |
| 3. | 2004 | Owner of Limo Service, Rolls of Jax, LLC |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage -Parcel 33 (Part VII, line 66.) | P1 |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Real Estate Parcel 2 Amelia Island, FL | A | Rent | J | W | | | | | |
| 2. Real Estate Parcel 5 Jacksonville, FL | | None | N | W | Partial Sale | 07/09 | M | | Sead and Amra Hadzic |
| 3. American Cable TV, Ltd. Partnership | | None | J | W | | | | | |
| 4. Real Estate Parcel 10 Jacksonville, FL | | None | N | W | | | | | |
| 5. Real Estate Parcel 13 Jacksonville, FL | E | Rent | M | W | | | | | |
| 6. Real Estate Parcel 17 Jacksonville, FL | E | Rent | M | W | | | | | |
| 7. Real Estate Parcel 18 Ponte Vedra Beach, FL | A | Rent | | | sold | 05/14 | M | F | James & Cecily Browning |
| 8. Real Estate Parcel 21 Jacksonville, FL | C | Rent | L | W | | | | | |
| 9. ▬▬▬ Trust | A | Dividend | J | T | | | | | |
| 10. -Wachovia Bank Deposit (Formerly Wachovia Money Market) | | | | | | | | | |
| 11. -Cracker Barrell Common (Part VIII) | | | | | sell | 08/17 | J | A | |
| 12. -Growth Fund of America Class A | | | | | | | | | |
| 13. Wachovia Securities Account | | | | | | | | | |
| 14. -Growth Fund of America Class C | | None | J | T | | | | | |
| 15. -Cracker Barrell Common | A | Dividend | J | T | | | | | |
| 16. Wachovia Securities Account | | | | | | | | | |
| 17. -Muni bonds: Orange Co. FL Hospitals Due 2024 | A | Interest | K | T | | | | | |
| 18. -Blackrock Florida Insured Municipal 2008 Term Trust Inc. | A | Interest | | | Sold | 12/2 | J | B | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and B4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -Winn Dixie common | A | Dividend | | | Sold | 05/10 | J | | |
| 20. -Wachovia Bank Deposit (Formerly Command Money Market Fund) | B | Dividend | M | T | | | | | |
| 21. -HRPT Properties Trust Preferred Stock | A | Dividend | J | T | | | | | |
| 22. -Muni bonds: Florida St Board of Education | A | Interest | J | T | | | | | |
| 23. -Muni bonds: Dade Cnty Fla Aviation | C | Interest | L | T | | | | | |
| 24. -Jennison Global Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 25. -AIM High Yield Mutual Fund | A | Dividend | | | sold | 05/10 | J | A | |
| 26. -Dryden High Yield Mutual Fund | A | Dividend | | | sold | 05/10 | J | A | |
| 27. -Goldman Sachs High Yield Municipal Mutual Fund | A | Interest | | | sold | 12/02 | K | A | |
| 28. -Van Kampen High Income Corporate Bond Fund | A | Dividend | J | T | partial sale | 12/02 | J | A | |
| 29. -Blackrock Florida Municipal Income Trust | B | Dividend | | | sold | 12/02 | K | A | |
| 30. -Blackrock Mun Income Trust II | C | Dividend | | | sold | 12/02 | L | | |
| 31. -Calamos Conv Opportunities & Income Fund | C | Dividend | K | T | | | | | |
| 32. -Dreyfus Strategic Municipal Bond Fund | A | Interest | | | sold | 12/02 | J | | |
| 33. -Nuveen Dividend Advantage Municipal Fund 2 | A | Interest | | | sold | 12/02 | K | | |
| 34. -Pimco Mun Income Fd III | A | Interest | | | sold | 05/10 | K | | |
| 35. -Scudder Strategic Municipal Income Trust | A | Interest | | | sold | 05/10 | J | | |
| 36. -Seligman Select Municipal Fund | A | Interest | | | sold | 05/10 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Van Kampen American Capital Opportunity Trust | A | Dividend | | | sold | 05/10 | J | | |
| 38. -Van Kampen American Capital Trust Invt Gr Muni Tr | A | Interest | | | sold | 05/10 | J | | |
| 39. -Dryden Index Ser Fund Stock Index Fd Cl A | A | Dividend | J | T | buy | 04/05 | J | | |
| 40. Wachovia -IRA | A | Dividend | K | T | | | | | |
| 41. -Calamos Conv Opportunities & Income Fd | | | | | | | | | |
| 42. -Strategic Partners Equity Fd Cl A | | | | | partial sale | 01/30 | J | A | |
| 43. -Strategic Partners Equity Fd Cl B (Part VIII) | | | | | converted | 06/30 | J | | |
| 44. -Scudder Growth Fd Cl B | | | | | | | | | |
| 45. -IRA Wachovia Bank Deposit(Formerly Command Money Mrkt Fund) | | | | | | | | | |
| 46. Wachovia - IRA | E | Dividend | N | T | | | | | |
| 47. -US Treasury Strip 0 Interest Due 2004 | | | | | redemption | 11/15 | K | D | |
| 48. -Jennison Growth Fund Inc Class B | | | | | | | | | |
| 49. -Putnam Investment Fds Small Cap Val Fd Cl B | | | | | | | | | |
| 50. -AIM Growth Ser Basic Val Fd Cl B (Equity Fds Blue Chip) | | | | | partial sale | 01/30 | J | | |
| 51. -Blackrock Income Trust Inc | | | | | | | | | |
| 52. -Jennison Growth Fund Class A (Part VIII) | | | | | converted | 06/30 | K | | |
| 53. -Calamos Conv Opportunities & Income Fud | | | | | | | | | |
| 54. -IRA Wachovia Bank Deposit | | | | | | | | | |

1. Income/Gain Codes:
(See Columns B1 and D4)

| A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|
| F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |

2. Value Codes:
(See Columns C1 and D3)

| J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 |
|---|---|---|---|
| N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 |
| P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | |

3. Value Method Codes
(See Column C2)

| Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market |
|---|---|---|---|
| U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Century Properties Fund XV LP | | | | | | | | | |
| 56. -Consolidated Capital Institutional Property 1 | | | | | | | | | |
| 57. Lou Tom Co. | | None | N | W | | | | | |
| 58. Loan-Peters | | None | J | U | | | | | |
| 59. Loan-Beaches Limo | B | Interest | K | U | | | | | |
| 60. Real Estate Parcel 29 Mars Hill, NC | D | Rent | M | W | | | | | |
| 61. Loan-Shouvlin #1 | C | Interest | L | U | | | | | |
| 62. Real Estate Parcel 30 Callahan, FL | | None | N | W | | | | | |
| 63. Real Estate Parcel 31 Jacksonville, FL | A | Rent | L | W | | | | | |
| 64. Promissory Note-Harrington | | None | J | U | | | | | |
| 65. Real Estate Parcel 32 Delray Beach, FL | G | Rent | P1 | W | | | | | |
| 66. Real Estate Parcel 33 Orange Park, FL | G | Rent | P1 | W | | | | | |
| 67. Gibson Loan #2 | A | Interest | | | Paid Off | 06/03 | J | | |
| 68. Loan-Plumlee | A | Interest | K | U | | | | | |
| 69. Investment-Paradise Mooring Subdivision | E | Interest | L | W | | | | | |
| 70. Compass Bank Checking | A | Interest | K | T | | | | | |
| 71. Compass Bank Money Market | A | Interest | L | T | | | | | |
| 72. Real Estate Parcel 34 Mt. Pleasant, Iowa | F | Rent | O | W | buy | 01/05 | O | | B&K ̶investments |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructi s.)

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. reporting period | | C. reporting period | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount (A -H) | (2) Type div, rent, or int.) | (1) Value | (2) Value Method Code 3 -(Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | Promissory Note 1-Pisapia | B | Interest | J | U | loan | 07/14 | J | | |
| 74. | | | | | | paid off | 12/30 | J | | |
| 75. | Promissory Note 2-Pisapia | B | Interest | J | U | loan | 07/14 | J | | |
| 76. | | | | | | paid off | 12/30 | J | | |
| 77. | Compass Bank Checking (Part VIII) | A | Interest | J | T | buy | 10/03 | J | | |
| 78. | Compass Bank Savings | A | Interest | J | T | buy | 2/18 | J | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$6,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and B4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII, Line 43 was converted from Class B to Class A shares (reported on line 42) by the fund. The Class B shares were reported on line 46 in the prior year's report.

Part VII, Line 52 was converted from Class B shares (reported on line 48) to Class A shares by the fund. The Class B shares were reported on line 51 in the prior year's report.

Part VII, Line 11 was actually sold on 8/17/2003. This sale was inadvertently omitted from the prior year report and the asset was inadvertently included in the prior year report.

Part VII, Line 77 was inadvertently omitted from the prior year report. The income and value codes for 2003 would have been identical to those reported in 2004.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 5/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _May 11, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544